# Paul D. Petrus Jr.

Attorney at Law & Associates, P.C.

The Graybar Building
420 Lexington Ave., Suite 2450
New York, NY 10170
212.564.2440
www.petruslaw.com

**MEMO ENDORSED**

June 10, 2026

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 23A
New York, NY 10007-1312
Attn: The Honorable Sidney H. Stein

### Re: Request for Modification of Residential Condition,
### Harry Rosales Pino Case #1:26-cr-00111-SHS-3

Dear Judge Stein:

Greetings. I represent the defendant Harry Pino in the above-captioned matter. I am writing on behalf of my client to request a change of residence. Mr. Pino was Court-ordered to reside at his aunt and uncle's residence. However, Mr. Pino has expressed to Pretrial Services and my office that he is experiencing familial issues with his uncle and that he no longer feels comfortable living at that residence. Mr. Pino would prefer to reside with his cousin, whose address has been approved by Pretrial Services. Mr. Pino's cousin will provide him with a safe and suitable residence. In an email correspondence between Mr. Pino, Specialist Piperato, and I on June 2, 2026, Specialist Piperato confirmed she had no objection to Mr. Pino's request stating that, "Pretrial would not object to Mr. Pino moving or modifying the condition to be 'an address approved by Pretrial Services' until he can find a more suitable residence." On June 10, 2026, Assistant United States Attorney Ariana Bloom confirmed she also had no objection to modifying the condition during a phone conversation. Wherefore, I ask the court to modify his condition to "an address approved by Pretrial Services," which at this time is the aforementioned.

Thank you.

Yours, etc.

Paul D. Petrus Jr.

# Paul D. Petrus Jr.

**Attorney at Law & Associates, P.C.**



Cc:
**Francesca Piperato**
**Intensive Supervision Specialist**
**U.S Pretrial Services SDNY**
Via Email: francesca_piperato@nyspt.uscourts.gov

**Ariana L. Bloom**
**Assistant United States Attorney**
**Southern District of New York**
Via Email: Ariana.Bloom@usdoj.gov

Defendant's bail condition regarding residence is modified as follows: defendant may move to an address approved by Pretrial Services.

Dated: New York, New York
     June 10, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.