# *Paul D. Petrus Jr.*



Attorney at Law & Associates, P.C.

The Graybar Building
420 Lexington Ave., Suite 2450

New York, NY 10170
212.564.2440
www.petruslaw.com

## MEMO ENDDORSED

June 15, 2026

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 23A
New York, NY 10007-1312
Attn: The Honorable Sidney H. Stein

### Re: Request for Court Order to Remove Docket Entry #20
### Harry Rosales Pino Case #1:26-cr-00111-SHS-3

Dear Judge Stein:

Greetings. I represent the defendant Harry Pino in the above-captioned matter. I am writing on behalf of my client to request a court order to remove Docket Entry #20. On June 10, 2026, I submitted a letter motion via Pacer requesting a modification of Mr. Pino's bail conditions regarding residence. However, the letter motion unfortunately included the name and address of Mr. Pino's cousin. On June 10, 2026, I submitted the correct version of the letter motion via Pacer shortly after submitting the incorrect version. Subsequently, on June 11, 2026, the SDNY ECF placed a "Filing error - Deficient Docket Entry - See Document #21" notice on Docket Entry #20. Additionally, on June 11, 2026, Docket Entry #21 received an endorsement stating, "Defendant's bail condition regarding residence is modified as follows: defendant may move to an address approved by Pretrial Services." Wherefore, I ask the court to remove Docket Entry #20, as the document remains viewable with personal identification information.

Thank you

Request granted.

Dated:  New York, New York
        June 15, 2026

        SO ORDERED:

        _____
        Sidney H. Stein, U.S.D.J.

Yours, etc.

Paul D. Petrus Jr.