Paul D. Petrus Jr.

Attorney at Law & Associates, P.C.

The Graybar Building
420 Lexington Ave., Suite 2450
New York, NY 10170
212.564.2440
www.petruslaw.com

August 19, 2026

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 23A
New York, NY 10007-1312
Attn: The Honorable Sidney H. Stein

**MEMO ENDORSED**

**Re: Adjournment Request for Defense Motions Deadline**
**Harry Rosales Pino Case #1:26-cr-00111-SHS-3**

Dear Judge Stein:

Greetings. I represent the defendant Harry Pino in the above-captioned matter. I am writing to respectfully request a two-week or so adjournment of the current defense motions deadline for Mr. Pino, which is presently set for August 21, 2026. The Government and Mr. Pino have been engaged in active discussions regarding a potential resolution of this case. The Government has indicated that it expects to transmit a plea offer by the end of this week. Accordingly, we are requesting this additional time to allow the parties to finalize these discussions and hopefully reach a resolution. The government has conferred consent to such an adjournment.

Thank you.

Yours, etc.

Paul D. Petrus Jr.

Defendant Pino's motion deadline is extended to September 4, 2026.

Dated: New York, New York
August 19, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.