Paul D. Petrus Jr.

Attorney at Law & Associates, P.C.

The Graybar Building
420 Lexington Ave., Suite 2450
New York, NY 10170
212.564.2440
www.petruslaw.com

**MEMO ENDORSED**

September 10, 2026

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 23A
New York, NY 10007-1312
Attn: The Honorable Sidney H. Stein

**Re: Request for modification of Home Detention Order to Curfew**
**Harry Rosales Pino Case #1:26-cr-00111-SHS-3**

Dear Judge Stein:

Greetings. I represent the defendant Harry Pino in the above-captioned matter. I write respectfully to request a modification of Mr. Pino's conditions of pretrial release from home detention to a curfew, subject to continued location monitoring and all other conditions previously imposed by the Court.

Mr. Pino was released on March 26, 2026, on a $75,000 personal recognizance bond co-signed by three financially responsibly persons. Among the conditions imposed by the Court was home detention with location monitoring. Since his release, Mr. Pino has remained under the supervision of Pretrial Services.

Pretrial Services has now indicated that it is appropriate to downgrade Mr. Pino to a curfew. Mr. Pino is currently employed and at times is required to stay late or has extra shifts available to him. Pretrial Services indicates that there is not always a guarantee that someone from their office can approve these last-minute employment opportunities.

Mr. Pino remains employed, reports as directed, and abides by his home detention with location monitoring condition. He is eager to seek additional employment opportunities and is pending a potential other part-time job. Pretrial Services believes that a curfew with location monitoring can still be effective in monitoring his whereabouts, but allows him more flexibility for employment opportunities. This still will allow Mr. Pino to be monitored by an appropriate curfew time frame but allow him an opportunity to pick up additional work shifts without prior approval.

The defense respectfully submits that Home Detention is no longer necessary and that a curfew, with continued location monitoring and Pretrial

Paul D. Petrus Jr.
Attorney at Law & Associates, P.C.

Supervision, would remain more than sufficient to reasonably assure his appearance and the safety of the community.

Accordingly, the defense respectfully requests that the Court modify Mr. Pino's conditions of release from **home detention to a curfew**, with all other conditions remaining in effect.

I conferred with Assistant United States Attorney Ariana Bloom, who takes no position on this matter. Pretrial Services Officer Francesca Piperato consents to the requested modification, and requests that the specific hours of Mr. Pino's curfew be determined at the discretion of Pretrial Services.

Thank you.

Yours, etc.

Paul D. Petrus Jr.

Cc: Ariana L. Bloom
Assistant United States Attorney
Southern District of New York
Via Pacer & Email: Ariana.Bloom@usdoj.gov

Francesca Piperato
Intensive Supervision Specialist
U.S. Pretrial Services SDNY
Via Email: francesca_piperato@nyspt.uscourts.gov

**Defendant's request to modify his conditions of release from home detention to a curfew, with all other conditions remaining in effect is granted.**

**Dated: New York, New York**
**September 10, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**