UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-Cr-111 (SHS) |
| v. | : | ORDER |
| HARRY ROSALES PINO, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

IT IS HEREBY ORDERED that:

1. The second disclosure of the presentence report is extended to December 15, 2026;
2. The defendant's sentencing submission is due on or before December 22, 2026;
3. The government's sentencing submission is due on or before December 19, 026; and
4. The sentencing is adjourned to January 8, 2027, at 11:00 a.m.

Dated: New York, New York
November 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.